IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| THERESA DEANN HUFF, | ) | Civil Action No.: |
| Plaintiff, | ) | 1:15-cv-01302-RSK |
| | ) | |
| v. | ) | Hon. Ray Kent |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated**:**   May 4, 2016   .

                                                     /s/ Ray Kent
                                                   Hon. Ray Kent
                                                   U.S. Magistrate Judge